No. 81–768.  PACHKOFSKY *v.* OREGON, BY AND THROUGH THE PORT OF PORTLAND, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–771.  STEPANENKO *v.* VAN TASSEL ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 81–777.  WARDER ET AL. *v.* BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 81–784.  PICKETT ET AL., CO-EXECUTORS AND TRUSTEES *v.* REPUBLIC NATIONAL BANK OF DALLAS, TRUSTEE.   Sup. Ct. Tex.   Certiorari denied.

No. 81–785.  C. A. MAY MARINE SUPPLY CO. *v.* BRUNSWICK CORP.   C. A. 11th Cir.   Certiorari denied.

No. 81–787.  FOLKERTS *v.* KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 81–800.  RILEY *v.* UNIVERSITY OF LOWELL ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 81–869.  KALMANOVITZ *v.* GUTTING ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–874.  MARATHON OIL CO. ET AL. *v.* MALCOLM, FORMERLY DBA SPAR OIL CO. ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 81–880.  LEONARD ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–883.  JONES *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.